IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARL ARTHUR PERRY, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 13-0262-CG-N |
| | ) |
| TONY PATTERSON, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 21, 2013, is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Petitioner's petition for habeas corpus relief is hereby **DISMISSED** with prejudice pursuant to 28 U.S.C. § 2244(b)(3)(A) and, further, that a certificate of appealability and leave to appeal in forma pauperis are hereby **DENIED**.

**DONE and ORDERED** this 18th day of July, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE