IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  | |
|---|---|---|---|
| CARL ARTHUR PERRY, JR., | ) | | |
| | ) | | |
| Petitioner, | ) | | |
| | ) | | |
| vs. | ) | CIVIL ACTION NO. 13-0262-CG-N | |
| | ) | | |
| TONY PATTERSON, | ) | | |
| | ) | | |
| Respondent. | ) | | |

## JUDGMENT

Pursuant to the Order entered this day, it is **ORDERED, ADJUDGED** and **DECREED** that Petitioner's petition for habeas corpus relief is hereby **DISMISSED** with prejudice pursuant to 28 U.S.C. § 2244(b)(3)(A) and, further, that a certificate of appealability and leave to appeal in forma pauperis are hereby **DENIED**.

**DONE and ORDERED** this 18th day of July, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE